■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSALIUS CLARK, Appellant. [696 NYS2d 409] —Judgment, Supreme Court, New York County (Jeffrey Atlas, J.), rendered November 14, 1996, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third and fifth degrees, and sentencing him, as a second felony offender, to concurrent terms of 8 to 16 years and 3½ to 7 years, respectively, unanimously affirmed.

The court's *Sandoval* ruling permitting limited inquiry as to similar crimes was an appropriate exercise of discretion, which balanced the proper factors (*see, People v Walker*, 83 NY2d 455, 458-459; *People v Mattiace*, 77 NY2d 269, 274-275).

We perceive no abuse of sentencing discretion. Concur— Rosenberger, J. P., Tom, Mazzarelli, Saxe and Buckley, JJ.